| | | |
|---|---|---|
| **U.S. Department of Justice**<br>United States Marshals Service | **FILED**<br>JAMES J. VILT JR., CLERK<br>U.S. DISTRICT COURT<br>W/D OF KENTUCKY<br>Date: Nov 17, 2023 | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF<br>HERBERT EUGENE LEE, III | COURT CASE NUMBER<br>3:23CV-350-JHM |
|---|---|
| DEFENDANT<br>RICHARD WILLIAMS, et al. | TYPE OF PROCESS<br>Summons/Complaint/Orders(2) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Joshua Pickering #5379, Louisville Metro Police Department, 633 West Jefferson Street, Louisville, KY 40202

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Herbert Eugene Lee, III  552889
Louisville Metro Department of Corrections
400 S. Sixth Street
Louisville, KY 40202

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER: 270-689-4400   DATE: 11/9/23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 33 | No. 33 | | 11/17/23 |

I hereby certify and return that I ☒ have personally served, ☑ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

Jennifer McBride

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

1340 S. 4th St. Louisville, KY 40208

| Date | Time | |
|---|---|---|
| 11/17/23 | 03:50 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | 2.62 | — | 67.62 | — | 67.62 |

REMARKS:

Office/Division Receptionist.

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

HERBERT EUGENE LEE III )
Plaintiff )
)
v. ) Civil Action No. 3:23CV-350-JHM
)
JOSHUA PICKERING #5379 )
Defendant )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JOSHUA PICKERING #5379
LOUISVILLE METRO POLICE DEPARTMENT
633 WEST JEFFERSON STREET
LOUISVILLE, KENTUCKY
40202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Herbert Eugene Lee, III   552889

Louisville Metropolitan Department of Corrections

400 S. Sixth Street

Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Nov 09, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Joshua Pickering__
was received by me on *(date)* __11/13/23__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Jennifer McBride__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __LMPD 4th Div.__
__Joshua Pickering__ on *(date)* __11/17/23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __2.62__ for travel and $ __65__ for services, for a total of $ __67.62__

I declare under penalty of perjury that this information is true.

Date: __11/17/23__

_Mitchell A. Weber_
Server's signature

__Mitchell Weber, DUSM__
Printed name and title

__601 W. Broadway St., Louisville KY__
Server's address

Additional information regarding attempted service, etc: