UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| HERBERT EUGENE LEE, III | ) | |
|              Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00350-JHM |
| | ) | |
| RICHARD WILLIAMS | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| JOSHUA PICKERING | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| NICHOLAS HOLLKAMP | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| DANIEL BURNETT | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| JOEL VOELKER | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| LOUISVILLE/JEFFERSON COUNTY | ) | |
| METRO GOVERNMENT | ) | |
| GOVERNMENT | ) | |
| | ) | |
|              Defendants | ) | |

*ELECTRONICALLY FILED*

**ENTRY OF APPEARANCE**

**To: The Court, its officials, and all counsel of record.**

**PLEASE TAKE NOTICE** Joseph R. Abney is hereby substituted for Roy C. Denny as counsel for Richard Williams ("Williams"), Joshua Pickering ("Pickering"), Nicholas Hollkamp ("Hollkamp"), Daniel Burnett ("Burnett"), Joel Voelker ("Voelker"), and Louisville/Jefferson County Metropolitan Government ("Metro"), hereinafter collectively referred to as "Defendants". Richard Elder will file his entry of appearance and serve as Co-Counsel. All further pleadings, correspondence, and communications about this case should be directed to Mr. Abney at the following address:

JOSEPH R. ABNEY
Assistant Jefferson County Attorney
First Trust Center
200 S. Fifth Street, Suite 300N
Louisville, KY  40202
(502) 574-1423
Joseph.Abney@louisvilleky.gov

Respectfully submitted,

MICHAEL J. O'CONNELL,
JEFFERSON COUNTY ATTORNEY

/s/ Joseph R. Abney
JOSEPH R. ABNEY
Assistant Jefferson County Attorney
First Trust Center
200 S. Fifth Street, Suite 300N
Louisville, KY  40202
(502) 574-1423
Joseph.Abney@louisvilleky.gov
*COUNSEL FOR DEFENDANT LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, RICHARD WILLIAMS, JOSHUA PICKERING, NICHOLAS HOLLKAMP, DANIEL BURNETT, AND JOEL VOELKER*

**CERTIFICATE OF SERVICE**

      This is to certify that the undersigned electronically filed the foregoing on January 16, 2024 using the Court's CM/ECF system which will send copies to counsel of record. A copy was also sent via USPS to:

Herbert Eugene Lee, III
Louisville Metro Department of Corrections
400 S. Sixth Street,
Louisville, KY 40202
*Plaintiff*

      /s/ Joseph R. Abney