UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| HERBERT EUGENE LEE, III | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00350-JHM |
| | ) | |
| RICHARD WILLIAMS | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| JOSHUA PICKERING | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| NICHOLAS HOLLKAMP | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| DANIEL BURNETT | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| JOEL VOELKER | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT GOVERNMENT | ) ) ) | |
| | ) | |
|     Defendants | ) | |

*ELECTRONICALLY FILED*

**MOTION TO WITHDRAW AS COUNSEL**

Comes Roy C. Denny, Attorney at Law, and moves the Court for permission to withdraw as counsel for Richard Williams ("Williams"), Joshua Pickering ("Pickering"), Nicholas Hollkamp ("Hollkamp"), Daniel Burnett ("Burnett"), Joel Voelker ("Voelker"), and Louisville/Jefferson County Metropolitan Government ("Metro"), hereinafter collectively referred to as "Defendants". As ground for this motion, undersigned counsel states that he is leaving his position as Assistant Jefferson County Attorney effective January 9, 2024.

Pursuant to LR 83.6, undersigned states that Richard Elder and Joseph R. Abney will file Entry of Appearance to serve as Co-Counsel for the Defendants. Further, pursuant to LR 83.6, Defendants, Richard Williams ("Williams"), Joshua Pickering ("Pickering"), Nicholas Hollkamp ("Hollkamp"), Daniel Burnett ("Burnett"), Joel Voelker ("Voelker"), and Louisville/Jefferson County Metropolitan Government ("Metro"), have been notified of undersigned's intent to withdraw and have been served a copy of this motion. Undersigned counsel also moves to be removed from the electronic notices in this case.

WHEREFORE, undersigned counsel respectfully requests the court to enter the attached order.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY


/s/ Roy C. Denny
Roy C. Denny
Assistant Jefferson County Attorney
200 S. Fifth St., Ste. 300N
First Trust Centre
Louisville, KY 40202
(502) 574-8083
roy.denny@louisvilleky.gov

**CERTIFICATE OF SERVICE**

      This is to certify that the undersigned electronically filed the foregoing on January 16, 2024 using the Court's CM/ECF system which will send copies to counsel of record. A copy was also sent via USPS to:

Herbert Eugene Lee, III
Louisville Metro Department of Corrections
400 S. Sixth Street,
Louisville, KY 40202
*Plaintiff*

      /s/ Roy c. Denny