UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| HERBERT EUGENE LEE, III | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00350-JHM |
| | ) | |
| RICHARD WILLIAMS | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| JOSHUA PICKERING | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| NICHOLAS HOLLKAMP | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| DANIEL BURNETT | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| JOEL VOELKER | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| LOUISVILLE/JEFFERSON COUNTY | ) | |
| METRO GOVERNMENT | ) | |
| GOVERNMENT | ) | |
| | ) | |
| Defendants | ) | |

*ELECTRONICALLY FILED*

## ORDER

Attorney Roy C. Denny, having moved for leave to withdraw as counsel for Defendants, Richard Williams ("Williams"), Joshua Pickering ("Pickering"), Nicholas Hollkamp ("Hollkamp"), Daniel Burnett ("Burnett"), Joel Voelker ("Voelker"), and Louisville/Jefferson County Metropolitan Government ("Metro"), hereinafter collectively referred to as "Defendants", and having moved to be removed from electronic notifications in this matter, and the Court having been sufficiently advised,

**IT IS ORDERED** that Roy C. Denny is granted leave to withdraw as counsel for Defendants, Richard Williams ("Williams"), Joshua Pickering ("Pickering"), Nicholas Hollkamp ("Hollkamp"), Daniel Burnett ("Burnett"), Joel Voelker ("Voelker"), and Louisville/Jefferson County Metropolitan Government ("Metro"), and is removed from electronic notifications in this matter, and is relieved from further professional obligations in this case.