UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:23CV-P350-JHM

**HERBERT EUGENE LEE III**                                                   **PLAINTIFF**

v.

**RICHARD WILLIAMS** *et al.*                                                   **DEFENDANTS**

### ORDER

This matter is before the Court on the motion filed by Attorney Roy C. Denny requesting to withdraw as counsel for Defendants Richard Williams, Joshua Pickering, Nicholas Hollkamp, Daniel Burnett, Joel Voelker, and Louisville Metro Government pursuant to Local Rule 83.6 (DN 18). Upon review of the motion, and the Court being otherwise sufficiently advised,

    **IT IS ORDERED** that the motion to withdraw as counsel (DN 18) is **GRANTED**.

Date:    January 19, 2024

*[signature]*

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:      Plaintiff, *pro se*
           Counsel of record
4414.010