UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| HERBERT EUGENE LEE, III ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | NO. 3:23-cv-00350-JHM | |
| ) | | |
| LOUISVILLE/JEFFERSON COUNTY ) | | |
| METRO GOVERNMENT ) | | |
| GOVERNMENT, et. al. ) | | |
| ) | | |
| Defendants ) | | |

*ELECTRONICALLY FILED*

## DEFENDANTS' NOTICE OF STATUS OF DISCOVERY

Come the Defendants, Richard Williams, Joshua Pickering, Nicholas Hollkamp, Daniel Burnett, Joel Voelker, (collectively "Defendant Officers") and Louisville/Jefferson County Metropolitan Government ("Metro") (collectively "Defendants,"), by counsel, and provide notice of the status of discovery:

Plaintiff filed the above-styled action *pro se* on July 10, 2023.[1] This Honorable Court issued a Service and Scheduling Order on November 9, 2023.[2] Therein, the Court ordered that all pretrial discovery be completed no later than March 7, 2024.[3] Defendants filed their answer on December 6, 2023.[4] On February 6, 2024, Defendants filed their Motion to Stay these proceedings, including the discovery process, and their concurrent Motion to File an Amended Answer pleading an additional affirmative defense under *Heck v. Humphrey*, 512 U.S. 477, 114 S. Ct. 2364, 2367,

---

[1] *See generally,* DN 001.
[2] *See* DN 007
[3] *Id.* at PageID. 45.
[4] *See* DN 015.

129 L. Ed. 2d 383 (1994).[5] These motions remain pending before this Honorable Court.

Pursuant to Federal Local Rule 7.1, Plaintiff must file a response to Defendants' motions within 21 days of service of the motions if Plaintiff intends to oppose the motions. Furthermore, failure to timely file such a response may be grounds for granting the motion. Fed. Local Rule 7.1. Given that it is now well past the response deadline provided by the rules, Plaintiff's silence indicates that he is not in opposition to Defendants' Motions.

Defendants have gathered all materials they deem necessary to comply with the Court's discovery order. Given that Defendants' Motion to Stay all proceedings in this case remains pending before this Court, Defendants, by counsel, intend to maintain personal custody of these items unless and until otherwise ordered by this Court.

## CONCLUSION

For the foregoing reasons, Defendants respectfully provide notice to all parties that Defendants intend to maintain personal custody of discoverable items unless and until otherwise ordered by the Court.

    Respectfully submitted,

    MICHAEL J. O'CONNELL
    JEFFERSON COUNTY ATTORNEY

    /s/ Richard Elder_____
    RICHARD ELDER
    JOSEPH R. ABNEY
    Assistant Jefferson County Attorneys
    First Trust Center
    200 S. Fifth Street, Suite 300N
    Louisville, KY 40202
    (502) 574-3493
    richard.elder@louisvilleky.gov
    *Counsel for Defendants*

---

[5] *See* DN 020 and DN 021, respectively.

## CERTIFICATE

I hereby certify that on March 7, 2024, the foregoing was filed with the clerk of the court by using the CM/ECF system and the undersigned mailed copies to:

**Herbert Eugene Lee, III**
552889
LOUISVILLE METROPOLITAN
DEPARTMENT OF CORRECTIONS
400 S. Sixth Street
Louisville, KY 40202

/s/ Richard Elder\_\_\_\_\_
RICHARD ELDER