UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:23CV-P350-JHM

**HERBERT EUGENE LEE III**                                                                                       **PLAINTIFF**

**v.**

**RICHARD WILLIAMS** *et al.*                                                                                   **DEFENDANTS**

### ORDER

Herbert Eugene Lee III filed the instant *pro se* 42 U.S.C. § 1983 action. Upon initial review of the complaint pursuant to 28 U.S.C. § 1915A, the Court allowed Plaintiff's Fourth Amendment excessive-force claims to proceed against Louisville Metro Police Department Officers Richard Williams, Joshua Pickering, Nicholas Holtkamp, Daniel Burnett, and Joel Voelker in their individual capacities. The Court also allowed a claim to proceed against the Louisville Metro Government based on the alleged excessive-force incident. The Court directed service upon Defendants, and Defendants filed an answer. This matter is before the Court upon two motions filed by Defendants.

Defendants filed a motion for leave to file an amended answer to assert an additional affirmative defense, *i.e.*, that Plaintiff's § 1983 claims are barred under *Heck v. Humphrey*, 512 U.S. 477 (1994) (DN 21). Plaintiff did not file a response. Upon review,

**IT IS ORDERED** that the motion for leave to file an amended answer (DN 21) is **GRANTED**. The **Clerk of Court is DIRECTED** to docket the amended answer (DN 21-1) as a separate docket entry as of this date.

Defendants also filed a motion to stay this action until the conclusion of Plaintiff's state-court criminal action arising out of the same excessive-force incident alleged in the complaint (DN 20). They state, "[Plaintiff] stands charged, in relevant part, with Criminal Attempt Murder

of a Police Officer, and five (5) Counts of Wanton Endangerment in the First Degree (Police Officer).[]  The victims listed in the indictment are the Defendant Officers in this case." Plaintiff did not file a response to the motion.

"If a plaintiff files . . . any . . . claim related to rulings that will likely be made in a pending or anticipated criminal trial[], it is within the power of the district court, and in accord with common practice, to stay the civil action until the criminal case or the likelihood of a criminal case is ended."  *Wallace v. Kato*, 549 U.S. 384, 393-94 (2007).  Given the nature of Plaintiff's claims and the ongoing criminal proceedings against him,

**IT IS FURTHER ORDERED** that Defendants' motion to stay (DN 20) is **GRANTED** and that this action is **STAYED** pending the final disposition of the criminal case against Plaintiff.

**Plaintiff shall notify the Court in writing within 30 days of the final disposition of the criminal action against him.  Plaintiff is WARNED that his failure to do so will result in the dismissal of this civil action.**

Date:   April 4, 2024

*Joseph H. McKinley*
Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:     Plaintiff, *pro se*
        Counsel of record
4414.010